**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JANET MASON,                              ) | |
|       Plaintiff,                           ) | |
| vs.                                                  )  | No.  3:13-CV-2875-P-BH |
|                                                         ) | |
| MARCUS D. KING,                      ) | |
|       Defendant.                     ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the recommendation, Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

Signed this 28th day of August 2013.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE